UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00267-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. NICHOLAS KYLE HERRERA,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    A supervised release violation hearing is set for **Monday, January 30, 2012, at 4:00 p.m., in Courtroom A-1002.**

    Dated: December 28, 2011.